WILLIAM H. MCWHIRTER, Appellant, v. ABNER T. BOWEN,
Respondent, Impleaded with Others.

*McWhirter* v. *Bowen*, 165 App. Div. 909, appeal dismissed.
(Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered November 24, 1914, affirm-
ing a judgment in favor of defendant entered upon an
order of Special Term dismissing the complaint and
granting other relief in an action to enforce a lien upon
real property.

The motion was made upon the ground that the judg-
ment appealed from was not final, and, therefore, not
appealable to the Court of Appeals; that the notice of

appeal was defective; that the judgment of affirmance was unanimous and that no exceptions appear in the record.

*Henry B. Johnson* for motion.

*James M. Fisk* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.